DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESUS MACHADO**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-2282

[November 1, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 061998CF011617A88810.

Jesus Machado, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***